**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MONTESSORI REGIONAL CHARTER SCHOOL, | : | No. 394 WAL 2016 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MILLCREEK TOWNSHIP SCHOOL DISTRICT, | : | |
| | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.